## COMMAND SECURITY CORPORATION *v.* LAWRENCE D'ADDARIO, COEXECUTOR (ESTATE OF F. FRANCIS D'ADDARIO), ET AL.
### (14595)

O'Connell, Heiman and Spear, Js.

Argued April 23—officially released May 14, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* SYLVESTER WALKER
### (14817)

Heiman, Hennessy and Freedman, Js.

Argued April 22—officially released May 14, 1996

Per Curiam. The judgment is affirmed.

## RICHARD SOLOMON ET AL. *v.* WMN ASSOCIATES, INC., ET AL.
### (14150)

Lavery, Schaller and Spear, Js.

Argued April 23—officially released May 14, 1996

Per Curiam. The judgment is affirmed.